UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIDNEI MCCARTY,

       Plaintiff,                     Case No. 1:25−cv−01185−RJJ−SJB

v.                                       Hon. Robert J. Jonker

HERITAGE BROADCASTING GROUP,
INC., et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above−captioned case was filed in this court on October 3, 2025 .   The case has been assigned to Robert J. Jonker .

                                                   CLERK OF COURT

Dated:  October 6, 2025        By:   /s/ N. Scanlon_____
                                              Deputy Clerk