Case 1:25-cv-01185-RJJ-SJB   ECF No. 4,  PageID.24   Filed 12/05/25   Page 1 of 1

WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Sidnei McCarty

    Plaintiff(s),

Case No. 1:25-CV-01185-RJJ-SJB

v.

Hon. Robert J. Jonker

Heritage Broadcasting Company of Michigan

    Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, Heritage Broadcasting Company of Michigan (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   
   MICI, Inc.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: December 5, 2025

/s/ Howard I. Wallach
(Signature)
Howard I. Wallach (P29921)
Attorney for Defendant
130 E. Nine Mile Rd., Ferndale, MI 48220
(O) 248-721-8161
hwallach@foleymansfield.com