UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

SIDNEI MCCARTY,

    Plaintiff,

v

HERITAGE BROADCASTING GROUP, INC., and HERITAGE BROADCASTING COMPANY OF MICHIGAN,

    Defendants.

Case No. 1:25-CV-01185-RJJ-SJB
Hon. Robert J. Jonker
Magistrate Judge: Sally J. Berens

**STIPULATED ORDER ALLOWING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PURSUANT OT FED. R. CIV. P. 12(B)(6) OR FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 (ECF NO. 6) TWENTY-EIGHT (28) DAYS FROM DECEMBER 29, 2025**

At a session of the Court held in
Grand Rapids, Michigan on _____

PRESENT: HON. ROBERT J. JONKER
United States District Court Judge

The parties stipulate that Plaintiff shall have twenty-eight (28) days from December 29, 2025 to respond to Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(6) or For Summary Judgment Pursuant to Fed. R. Civ. P. 56 (ECF No. 6), which is the date on which Defendant filed its Brief in Support of its Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(6) or For Summary Judgment Pursuant to Fed. R. Civ. P. 56 (ECF No. 8) because the Brief was not filed with the Motion when it was originally filed on December 5, 2026. Accordingly, IT IS HEREBY ORDERED as follows:

    1.    Plaintiff shall have twenty-eight (28) days from December 29, 2025 to respond to Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(6) or For Summary Judgment Pursuant to Fed. R. Civ. P. 56, making the response due on January 26, 2026.

                                                                                     Hon. Robert J. Jonker
                                                                                     United States District Court Judge

The parties stipulate to the entry of this order.

*/s/ Carla D. Aikens*
Carla D. Aikens (P69530)
Attorney for Plaintiff


*/s/ Howard I. Wallach*
Howard I. Wallach (P29921)
Attorney for Defendants