UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIDNEI MCCARTY,

       Plaintiff,

                                       CASE NO. 1:25-cv-1185

v.

                                       HON. ROBERT J. JONKER

HERITAGE BROADCASTING
GROUP, INC. et al.,

       Defendants.

_____/

## ORDER

This matter came up for hearing at the Rule 16 Scheduling Conference held February 20, 2026, on Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 6).  For the reasons cited from the bench, Defendants' motion is **DENIED**.

Additionally, as stated on the record during the hearing, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.  Accordingly, the state law claims are **DISMISSED** without prejudice, and the case will proceed on the federal claims only.

    **IT IS ORDERED.**

Dated: February 27, 2026           /s/ Robert J. Jonker
                                   ROBERT J. JONKER
                                   UNITED STATES DISTRICT JUDGE