UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIDNEI MCCARTY,

    Plaintiff,

v

HERITAGE BROADCASTING GROUP, INC.,
and HERITAGE BROADCASTING
COMPANY OF MICHIGAN,

    Defendants.

Case No. 1:25-CV-01185-RJJ-SJB
Hon. Robert J. Jonker
Magistrate Judge: Sally J. Berens

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 31, 2026 I served the Initial Disclosures of Heritage Broadcasting Group, Inc. and Heritage Broadcasting Company of Michigan and this Certificate of Service via email on:

    Carla Aikens at carla@aikenslawfirm.com
    Thameka Hall at thameka@aikenslawfirm.com

        Respectfully submitted,
        **Foley Mansfield, PLLP**

        */s/ Krista Woerfel*

        **Krista Woerfel**
        Legal Administrative Assistant
        130 East 9 Mile Rd
        Ferndale, Michigan 48220
        O - 248-721-8161
        F - 248-721-4201
        kwoerfel@foleymansfield.com

Dated: March 31, 2026

**Foley & Mansfield, PLLP**
130 East Nine Mile Road
Ferndale, MI  48220

8